

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2017

No. 04-17-00308-CR

Gerald **WASHINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR1095
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Ms. Roxanne Pena is one of the reporters responsible for preparing, certifying, and filing the reporter's record in this appeal. Ms. Pena's record was originally due on July 10, 2017. On July 18, 2017, the Clerk's Office notified Ms. Pena that the reporter's record was late. Ms. Pena was instructed to file a Notification of Late Record explaining the delay within ten days, or to file the reporter's record by August 17, 2017. Neither a response nor the record has been filed in this court.

It is therefore ORDERED that Ms. Pena file the reporter's record in this court <u>no later than September 25, 2017</u>. If the record is not received by that date, an order will be issued directing Ms. Pena to appear before this court to show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Pena by certified mail, return receipt requested, and by United States mail. And, because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2017.



Keith E. Hottle
Clerk of Court